## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

SAGAR LALCHAND YADAV,

    Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and NATIONAL CREDIT SYSTEMS, INC.,

    Defendants.

CASE NO. 1:24-cv-21508-KMM

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, SAGAR LALCHAND YADAV, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 3rd day of June, 2024.

                                                  **/s/ Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Florida Bar No.: 0338620
                                                Georgia Bar No.: 617963
                                                Pennsylvania No.: 325066
                                                The Consumer Lawyers PLLC
                                                412 E. Madison St, Suite 916
                                                Tampa, FL 33602
                                                Cell: (813) 299-8537
                                                Facsimile: (844) 951-3933
                                                Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers
*Attorney for Plaintiff*